IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| TITUS JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:12-cv-588-MEF |
| | ) | |
| DBMC RESTAURANTS OF TROY, ALABAMA, LLC, | ) | (WO - Do Not Publish) |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Motion of Temple D. Trueblood to Withdraw from Representation of Plaintiff, Jordan Titus (Doc. #3), which was filed on October 11, 2012. For good cause shown, the Court finds that Ms. Trueblood's motion is due to be GRANTED.

Accordingly, it is hereby ORDERED as follows:

1. The Motion to Withdraw from Representation of Plaintiff is GRANTED upon the CONDITION that all requirements set forth in Paragraph 2 below are met.

2. Plaintiff's former counsel is hereby instructed to give Plaintiff **immediate** written notice of this Order and to inform Plaintiff that this litigation will continue with Plaintiff proceeding in this matter *pro se* until Plaintiff secures new counsel, if he so chooses. **No later than three (3) business days** after entry of this Order, Plaintiff's former counsel shall also file a written certification with this Court, certifying that Plaintiff's former counsel has complied with all the requirements set forth in this paragraph.

3. It is further ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate, unless and until Plaintiff secures counsel at a later date.

DONE this the 22nd day of October, 2012.

                                              /s/ Mark E. Fuller
                                     UNITED STATES DISTRICT JUDGE