IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TITUS JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv588-MEF |
| | ) | |
| DBMC RESTAURANTS OF TROY, | ) | |
| ALABAMA, LLC, d/b/a SANTA FE | ) | |
| CATTLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 22, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this action is DISMISSED without prejudice due to plaintiff's failure to effect service within 120 days as required by Fed. R. Civ. P. 4(m).

DONE this the 20th day of December, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE